## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. Raniere    Docket No.: 24-1317

Lead Counsel of Record (name/firm) or Pro se Party (name): Joseph M. Tully/Tully & Weiss Attorneys at Law

Appearance for (party/designation): Keith Raniere

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.    Please change the following parties' designations:
    Party                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Joseph M. Tully
Firm: Tully & Weiss Attorneys at Law
Address: 713 Main Street, Martinez, CA  94553
Telephone: (925) 229-9700    Fax: (925) 229-9700
Email: Joseph@Tully-Weiss.com

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are:_____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: United States of America v. Raniere, Docket Numbers 20-3520, 20-3789,, 21-1795, and In Re: Keith Raniere, Docket Number 22-3112.

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *Joseph M. Tully*
Type or Print Name: Joseph M. Tully
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.