# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of February, two thousand twenty-five.

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket Nos. 24-778(L), 24-1285(Con), 24-1317(Con) |
| v. | |
| Keith Raniere, AKA Vanguard, | |
| Defendant - Appellant. | |

Appellant moves for a 14-day extension of time, to March 3, 2025, to file the reply brief.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

*[Signature: Catherine O'Hagan Wolfe, with Second Circuit seal]*