# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand twenty-five,

| | |
|---|---|
| United States of America, | **ORDER** |
|       Appellee, | Docket Nos. 24-778 |
| | 24-1317 |
| v. | 24-1285 |

Allison Mack, Clare Bronfman, Kathy Russell, Lauren Salzman, Nancy Salzman, AKA Perfect,

      Defendants,

Keith Raniere, AKA Vanguard,

      Defendant - Appellant.

Amicus curiae requests leave to participate in oral argument set for Tuesday, October 21, 2025.

IT IS HEREBY ORDERED that the motion is DENIED.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court